UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S.T. a minor, by and through J.T., his guardian ad litem,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVIS JOINT UNIFIED SCHOOL DISTRICT,<br><br>    Defendant.<br>_____/ | No. CIV-S-04-2748 MCE/GGH<br><br><br><br>**RELATED CASE ORDER** |
| C.S.T. a minor, by and through J.T., his guardian ad litem,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVIS JOINT UNIFIED SCHOOL DISTRICT,<br><br>    Defendant.<br>_____/ | No. CIV-S-05-1759 FCD/GGH |

    Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997).

///

1  The actions involve many of the same defendants and are based on
2  the same or similar claims, the same property transaction or
3  event, similar questions of fact and the same questions of law,
4  and would therefore entail a substantial duplication of labor if
5  heard by different judges.  Accordingly, the assignment of the
6  matters to the same judge is likely to effect a substantial
7  savings of judicial effort and is also likely to be convenient
8  for the parties.
9       The parties should be aware that relating the cases under
10 Local Rule 83-123 merely has the result that both actions are
11 assigned to the same judge; no consolidation of the action is
12 effected.  Under the regular practice of this court, related
13 cases are generally assigned to the district judge and magistrate
14 judge to whom the first filed action was assigned.
15      IT IS THEREFORE ORDERED that the action denominated CIV-S-
16 05-1759 FCD/GGH, C.S.T. a minor, by and through J.T., his
17 guardian ad litem v. DAVIS JOINT UNIFIED SCHOOL DISTRICT is
18 reassigned to Judge Morrison C. England, Jr. and Gregory G.
19 Hollows for all further proceedings, and any dates currently set
20 in this reassigned case only is hereby VACATED.  The parties are
21 referred to the attached Order Requiring Joint Status Report.
22 Henceforth, the caption on documents filed in the reassigned case
23 shall be shown as CIV-S-05-1759 MCE/GGH.
24 ///
25 ///
26 ///
27 ///
28 ///

1  IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4  IT IS SO ORDERED.
5 DATED: October 14, 2005

```
                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE
```