LAW OFFICE OF MARGARET BROUSSARD
Margaret Mary Broussard (SBN 219251)
7909 Walerga Road
Suite 112, PMB 1157
Antelope, CA 95843

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S.T., A minor, By and Through J.T., His Guardian As Litem,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVIS JOINT UNIFIED SCHOOL DISTRICT,<br><br>    Defendant | No.: 2:04-cv-2748-MCE-GGH<br><br>ORDER |

The application submitted by Plaintiff C.S.T., by and through his Guardian Ad Litem, J.T., to protect his right to privacy and to proceed under a pseudonym, came before this Court. Plaintiff's *ex parte* application for an order to protect his privacy rights, the memorandum of points and authorities, and the affidavit of counsel having been considered, and good cause appearing.

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1  The Court orders 1) that Plaintiff and his Guardian Ad Litem may proceed under a
2  pseudonym "C.S.T." and "J.T.", respectively, and 2) that all documents that contain personally
3  identifiable information, including the Affidavit of Counsel, be filed under seal.
4  IT IS SO ORDERED
5  DATED: September 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com